# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| ARNOLD McCALLON<br>    LA. DOC #363764 | CIVIL ACTION NO. 3:13-cv-0492 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| LaSALLE MGMT. CO., ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law,  and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**MONROE, LOUISIANA,** this 3rd day of September, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE